85 So.3d 101 (2012)
STATE of Louisiana
v.
Wagner SOLORZANO.
No. 2011-KP-1345.
Supreme Court of Louisiana.
March 30, 2012.
Granted. The decision of the court of appeal is reversed. Defendant's filing below, properly considered as an application for post-conviction relief, State v. Smith, 406 So.2d 1314, 1316 n. 3 (La.1981); Smith v. Cajun Insulation, 392 So.2d 398, 402 n. 2 (1980), was barred because defendant cannot satisfy the custody requirement. La.C.Cr.P. art. 924; State v. Smith, 96-1798, p. 4-6 (La.10/21/97), 700 So.2d 493, 495-96.